UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **EDCV 17-1030-MWF(RAOx)**                              Dated: **August 25, 2017**

Title:     United States of America -*v*- Vacant Land Located in Ontario, California

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed August 21, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **October 2, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                   Initials of Deputy Clerk   cw
CIVIL - GEN