JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VACANT LAND LOCATED IN ONTARIO, CALIFORNIA,<br><br>Defendant.<br><br>THE HARRIS GROUP II, LP,<br><br>Titleholder. | NO. EDCV 17-1030-MWF (RAOx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

1

Plaintiff and claimant KVG Group, Inc. and potential claimant The Harris Group II, LP have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS ADJUDGES AND DECREES**:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. KVG Group, Inc. has filed a claim and answer. Potential claimant The Harris Group II, LP claims an interest in the defendant property, but has not filed a claim in this case or answered the complaint. However, The Harris Group II, LP would have filed a claim and answer in this case absent this agreement. No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant property. Any potential claimants to the defendant property other than KVG Group, Inc. and The Harris Group II, LP are deemed to have admitted the allegations of the complaint with respect to the defendant property.

2. The United States of America shall have judgment as to the defendant property, and, other than those interests recognized herein, no other person or entity shall have any

right, title or interest therein. The legal description of the defendant property, which property has Assessor Parcel Numbers 0238-041-22 and 0238-041-28 (the "defendant property") and is more fully described as follows:

> Parcel 1:
>
> Parcel 4 of parcel map No. 14738-1, in the City of Ontario, County of San Bernardino, State of California, as per map on file in Book 186, pages 34 through 37 of parcel maps, in the office of the county recorder of said county, excepting the following described portion of said parcel 4;
>
> Beginning at a point on the westerly boundary of said parcel 4 that bears south 00 degrees 25'52' west, 83.00 feet from the northwesterly corner of said parcel 4:
>
> Thence south 89'34'08' east, parallel with the northerly boundary of said parcel 4, a distance of 7.22 feet;
>
> Thence south 21'56'52' east 171.23 feet to an intersection with said westerly boundary;
>
> Thence north 36'14'14' west along westerly boundary, 46.67 feet to an angle point therein;
>
> Thence continuing along said westerly boundary, north 22'11'28' west, 115.80 feet to an angle point therein:
>
> Thence continuing along said westerly boundary, north 00'25'52' east, 14.01 feet to the point of beginning;
>
> Together with the east 10.50 feet of the north 83.00 feet of parcel 3 of said parcel map No. 14738-1.
>
> Said land is described above pursuant to lot line adjustment No. LL-99-22 recorded November 19, 1999 as instrument No. 478585, of official records.

3. The United States is hereby authorized to remove any occupants and/or personal property remaining on the defendant property thirty days after the giving of written notice to any occupants of the defendant property without further order of

this Court. The United States shall thereafter sell the property. The proceeds of the sale shall be distributed in the following priority, to the extent proceeds are available:

    a. To the United States for its actual and reasonable costs and expenses of the sale;

    b. To the San Bernardino County Assessor and Tax Collector of all unpaid real property taxes assessed against the defendant property to the date of entry of the Judgment of Forfeiture;

    c. To KVG Group, Inc. as follows:

        i. All unpaid principal and interest due under the Note which is secured by the Deed of Trust recorded as Instrument No. 2016-0370818 against the defendant property identifying KVG Group as beneficiary, as of the date of the closing with respect to Plaintiff's sale of the defendant property; and

        ii. All other fees, costs and advances as provided under the terms of the Note and Deed of Trust, as of the date of the closing with respect to Plaintiff's sale of the Subject Property. These fees, costs and advances include, but are not limited to, fees, advances or costs for property taxes, insurance (including for hazard insurance), reasonable attorney fees and costs and fees

and costs incurred in protecting KVG Group, Inc.'s security interest; and

    d.    The balance shall be paid and forfeited to the United States of America, and such funds shall be disposed of according to law.

4. KVG Group, Inc. and The Harris Group II, LP have agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of KVG Group, Inc. or The Harris Group II, LP against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. KVG Group, Inc. and The Harris Group II, LP have also waived any rights they may have to seek remission or mitigation of the forfeiture. Nothing in this Consent Judgment is intended as, nor should anything in this Consent Judgment be interpreted as an admission by KVG Group, Inc. or The Harris Group II, LP of any liability or wrongdoing.

//

5. The court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: August 31, 2017

THE HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Prepared by:

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section

Attorney for Plaintiff
United States of America