UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>VACANT LAND LOCATED IN ONTARIO, CALIFORNIA,<br>Defendant.<br>—<br>THE HARRIS GROUP II, LP,<br>Titleholder. | NO. EDCV 17-1030-MWF (RAOx)<br><br>**AMENDED CONSENT JUDGMENT OF FORFEITURE** |

In consideration of the parties' Stipulation to Amend the Consent Judgment of Forfeiture, and, GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED:

The request to amend the consent judgment of forfeiture is GRANTED. The consent judgment of forfeiture is hereby amended to reflect the correct legal description of the defendant real property, more fully described as follows:

Parcel 1:

Parcel 4 of parcel map No. 14738-1, in the City of Ontario, County of San Bernardino, State of California, as per map on file in Book 186, pages 34 through 37 of parcel maps, in the office of the county recorder of said county, excepting the following described portion of said parcel 4;

Beginning at a point on the westerly boundary of said parcel 4 that bears south 00 degrees 25’52’ west, 83.00 feet from the northwesterly corner of said parcel 4:

Thence south 89’34’08’ east, parallel with the northerly boundary of said parcel 4, a distance of 7.22 feet;

Thence south 21’56’52’ east 171.23 feet to an intersection with said westerly boundary;

Thence north 36’14’14’ west along westerly boundary, 46.67 feet to an angle point therein;

Thence continuing along said westerly boundary, north 22’11’28’ west, 115.80 feet to an angle point therein:

Thence continuing along said westerly boundary, north 00’25’52’ east, 14.01 feet to the point of beginning;

Together with the east 10.50 feet of the north 83.00 feet of parcel 3 of said parcel map No. 14738-1.

Said land is described above pursuant to lot line adjustment No. LL-99-22 recorded November 19, 1999 as instrument No. 478585, of official records.

Parcel 2:

Non-exclusive reciprocal easements for ingress, egress, and access by and for vehicular and pedestrian traffic, utility lines and drainage as defined and created in that certain declaration of covenants, conditions, restrictions and reciprocal easements

recorded December 2, 1998, as instrument No. 19980513450.

Parcel 3:

A non-exclusive reciprocal easement for vehicular and pedestrian access, ingress and egress, as defined and created in that certain reciprocal easement agreement recorded December 2, 1998 as instrument No. 19980513446 of official records.

Parcel 4:

Parcel A of parcel map No. 14738-1, in the City of Ontario, County of San Bernardino, State of California, as per map on file in book 186, pages 34 through 37, of parcel maps, in the office of the county recorder of said county.

The Assessor Parcel Numbers 0238-041-22 and 0238-041-28 are correct.

DATED: October 2, 2018

THE HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Prepared by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Jonathan Galatzan*
JONATHAN GALATZAN

Assistant United States Attorney
Asset Forfeiture Section